# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00517-CV

**Khosrow B. Semnani, Charles A. Judd, and Frank C. Thorley, Appellants**

**v.**

**Kenneth N. Bigham and KNB Holdings, Ltd., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN102623 HONORABLE JAMES REX, JUDGE PRESIDING

Appellants Khosrow B. Semnani, Charles A. Judd, and Frank C. Thorley filed a motion to dismiss, pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), requesting dismissal and representing to the Court that the "Parties have agreed that the underlying lawsuit and this interlocutory appeal should be dismissed."

Accordingly, pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and 43.2(f) this appeal is dismissed on appellants' motion.

_____

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: January 10, 2001

Do Not Publish